# **EXHIBIT C**



ORG CHART

- 2 EXECUTIVE DRIVE, FORT LEE, NJ — BLOCK 6451 LOT 5.02
- FORT LEE OFFICE LLC (Delaware; Qualified in NJ) — Board of Directors: Meyer Chetrit — 100%
- FORT LEE OFFICE HOLDER LLC (Delaware) — Board of Directors: Meyer Chetrit and Joseph Chetrit — 100%
- FORT LEE EP HOLDER LLC (Delaware) — Manager – Meyer Chetrit — 100%
- CG FORT LEE LLC (Delaware) — Managers – Meyer Chetrit, Joseph Chetrit
- Joseph Chetrit - 15%; Meyer Chetrit - 85%