UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORT LEE OFFICE LLC and MEYER CHETRIT,

Plaintiffs,

-v.-

COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, *as Trustee for the benefit of the registered holders of BBCMS Mortgage Trust 2023-C19, Commercial Mortgage Pass-Through Certificates, Series 2023-C19,*

Defendant.

24 Civ. 9979 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On September 29, 2025, the Court issued an Opinion and Order granting Defendant's motion to dismiss. (Dkt. #21). Because there remained an outstanding issue of attorneys' fees, the Court directed the parties to meet and confer regarding whether the filing of a fee petition would be necessary. (*Id.*). The parties attempted to reach an agreement but failed, so the Court granted Defendant's request to file a fee petition and set a briefing schedule. (Dkt. #27). Defendant's opening brief was due on or before January 9, 2026; Plaintiffs' opposition was due on or before February 6, 2026, and Defendant's reply was due on or before February 20, 2026. (*Id.*). Pursuant to that schedule, Defendant submitted its opening brief and supporting papers on January 9, 2026. (Dkt. #28-30). Plaintiffs have not submitted any opposition. Accordingly, the Court considers Defendant's motion for attorneys' fees and costs to be unopposed.

SO ORDERED.

Dated:    February 18, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2