**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

FORT LEE OFFICE LLC and MEYER CHETRIT,

Plaintiffs,

-against-

24 **CIVIL** 9979 (KPF)

# JUDGMENT

COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, as Trustee for the benefit of the registered holders of BBCMS Mortgage Trust 2023-C19, Commercial Mortgage Pass-Through Certificates, Series 2023-C19

Defendant.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2025 and Order dated August 31, 2026, Defendant's motion to dismiss is GRANTED. The Complaint is dismissed without prejudice. The Court awards Defendant attorneys' fees in the amount of $84,203.63 and costs in the amount of $31,800.73, for a total award of $116,004.36.

**Dated:** New York, New York

September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**